*Please keep documentations*

LF 028
(Rev. 10//03/2022)

# MOTION

**PRISONER CIVIL RIGHTS COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 2 2 2023

KEVIN P. WEIMER, Clerk
By Courtney Holland, Deputy Clerk

Jonathan Rice
(Enter above the full name and prisoner identification number of the plaintiff, GDC # 1000189945 number if a state prisoner.)

4:23-CV-0276

**Note:**
I understand that my Lawsuit case is Pending. I got more to say I want to "Be Honest"

-vs-

Hays State Prison
Georgia Department
of Correction
(Enter above the full name of the defendant(s).)

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

I. **Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )   No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline. Even if you do not know all of the information regarding a particular lawsuit, please include the information you do know to assist the Court in identifying your prior lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff(s): N/A

"I am now in D-2 Room #217 Protective custody. Building D-2

1

LF 028
(Rev. 10/03/2022)

        Defendant(s): _N/A_

2.    Court (name the district): _N/A_

3.    Docket Number: _N/A_

4.    Name of judge to whom case was assigned: _N/A_

5.    Did the previous case involve the same facts?

        Yes ( )    No ( )   _N/A_

6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

7.    Approximate date of filing lawsuit: _N/A_

8.    Approximate date of disposition: _N/A_

## II. Exhaustion of Available Administrative Remedies

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A.    Place of Present Confinement: _Hays State Prison_

B.    Is there a prisoner grievance procedure in this institution?

        Yes (✓)    No ( )

C.    Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes (✓)    No ( )   _grievance number # 358770_
                                                                                  _grievance number # 358226_

D.    If your answer is YES:

    1.    What steps did you take and what were the results? _I have private Things going on in my LifeStyle want to go to P.C D-2 I had Inmates one time the year 2013 try to Kill me for money. Deputy Warden Ms. Hammock A witness._

2

Federal Courts

Please Keep documentation's

_____ N/A _____

2. If your answer is NO, explain why not: To Private to Put on grievance Form

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Jonathan Rice G.d.C # 1000189945

Address(es): Hays State Prison P.O. Box 668 Trion, GA, 30753

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Hays State Prison

Employed as N/A

at Hays State Prison

### IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
(Rev. 10/03/2022)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

All my Civil Right's and human Rights and my All of constitution Rights, been "Underminded" And Violated.

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

## V. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
(✓) Convicted and sentenced federal prisoner
( ) Other (*explain*) _____

## VI. Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Do **not** give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

All my Constitutional Right's and Civil Right's been Violated and "Underminded". The year 2010 Attorney General, MR. Sam olens Put "Police Reports" on I Jonathan Rice, about people trying to Attack me. The Attorney General Sam olens' Knew about The Judge, Ms. Benifield That was my Judge, in Clayton County Jail. That Judge, Ms. Benifield try to Kill me when I was 15 years of age. I had Someone in my family in "Boston State" His name is "Paul FiFe" try to get my Judge, Ms. Benifield to try to Kill me For Alot of money. The year 2010 Attorney General, Sam olens' Stated to me on a Phone device my mother buy for me. MR. oLens Stated That he was sorry For Violateing my "Rights".

4

LF 028
(Rev. 10/03/2022)

The year 2010 Attorney General, Mr. Sam Olens also Stated That the white House, 1600 Pennsylvania Ave, DC, State in Washington DC, zip code: 20500. That year 2010 Attorney general, Mr. Sam Olens stated and told me That President, Mr. Barack Obama try to Set me up and Plot how to Kill me and his administrative inside The white House. The year 2010 when I was Living at the address 8375 San Jose Trial, GA, Jonesboro, zip code: 30236 President, Mr. Barack Obama call me on my "Phone device" at my Home. President, Mr. Barack Obama and his wife stated and told me That They was sorry They Violated me. Also Mr. Obama stated that I can start a Civil War and he stated something about some people talking about "Bombing" us if I die. "Paul Fife" my uncle try to get People to Kill me because when I was a young boy 15 of age when my uncle try to Kill me and dishonored me. He claim that Spiritual Thing's will happen when he try to Kill me. People will Shoot gun's at me in Atlanta.

## VII. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Stress I Suffer from for many year's of my Life.

## VIII. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

All my Human Right's and my Civil Right's and All my Constitutional Right's been Violated and "underminded". I want to sue The State for $ Five million dollar's why because of The "mental Stress" I been fightting with for years 18 year's of my Life. Fightting to Stay "Alive" was hard for me I will have People Shoot gun's at me I had Shoot-out's with Clayton Country Police officer's trying to Kill me for money. my family and Friend's fear to come around me because They Think Someone will try to Kill me And Kill Them. I don't have

LF 028
(Rev. 10/03/2022)

*Jonathen Rice I miss spell a word had to Black it out sorry.*

**:NOTE:**

a Life or no Friend's or Family They Fear Something ~~████~~ — N/A — will happen to me that's why my family and Friend's dont really come around me. I have no Rights to defen myself of no gun Right's when I have People try to Attack me or try to hurt me. I ask the court's I Just want my Life back I "forgive" everyone. Yes I need some money and I need some Help with my Life. "In God WE TRuST" I know my word's are very Strong I "FORGIVE EVERYONE."

Signed this __11__ day of __15__, 20__23__

_____
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Trion__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __11-15-2023__
(Date)

_____
Signature of Plaintiff

Filed: 10-18-2023
Civil Action NO.
4:23-CV-237-WMR-WEJ
File number # 13579701

MOTION

Please Keep document's Federal Court's I want to Be Honest.

Please Keep Documentation's

Please Notice me Back

6

"Hays State Prison" use to Play with my Mail so I want Reseve it.




Jonathan Price
GDC #1000189945
Hays State Prison
P.O. Box 668
Trion, GA. 30753

4:23-CV-0276

Clerk, U.S District Court
Northern District of Georgia
2211 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia

NOV 28 2023
U.S. DISTRICT
ATLANTA, GA