FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Nov 29 2023
KEVIN P. WEIMER, Clerk
By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JONATHAN RICE, | : | PRISONER CIVIL RIGHTS |
| GDC No. 1000189945, | : | 42 U.S.C. § 1983 |
|    Plaintiff pro se, | : | |
| | : | |
| v. | : | |
| | : | |
| HAYS STATE PRISON, et al., | : | CIVIL ACTION NO. |
|    Defendants. | : | 4:23-CV-276-WMR-WEJ |

# ORDER

Plaintiff pro se, Jonathan Rice, confined in Hays State Prison in Trion, Georgia, submitted a Prisoner Civil Rights Complaint pursuant to 42 U.S.C. § 1983 [1]. However, plaintiff previously filed a case that involves the same allegations and is pending. See Rice v. Hays State Prison, No. 4:23-cv-237-WMR (N.D. Ga. filed Oct. 12, 2023).

The Court may issue an order "to avoid unnecessary cost or delay" as to multiple actions "involv[ing] a common question of law or fact . . . ." Fed. R. Civ. P. 42(a)(3). Accordingly, it is appropriate to administratively close the present case and resolve the matter in plaintiff's previously filed case.

For the reasons stated above, the Clerk is **DIRECTED** to (1) **ADMINISTRATIVELY CLOSE** the present case, and (2) terminate the referral to the undersigned in the present case.

**SO ORDERED**, this 29th day of November, 2023.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE